# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,        :        Case No. 3:04-cr-091
                                                     Also Case No. 3:12-cv-113

                                                     District Judge Thomas M. Rose
      -vs-                                        Magistrate Judge Michael R. Merz
                                          :

KEVIN LAMAR GREEN,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #100), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 10, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Rectify Record Judgment or Order (Doc. No. 99) be, and it hereby is, DENIED.

                                                     s/Thomas M. Rose

Dated: May 18, 2012                            _____
                                                     THOMAS M. ROSE, JUDGE
                                                     UNITED   STATES DISTRICT COURT